**FORM 2**
**COVER SHEET**

RECEIVED
OVER THE COUNTER
NOV 7 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s) Todd R Forbes **07-778 C**

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): John B Wells

Firm Name: Law Office of John B Wells

Post Office Box: PO Box 5235 Slidell LA 70469-5235

Street Address: 265 Robert Blvd Suite 201D

City-State-Zip: Slidell LA 70458

Telephone & Facsimile Numbers: 985 641 1855 / 985 649 1536 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 3 4 0

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: V F V

See attached sheet for three digit codes.

Amount Claimed: $ 350,000 approx

Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) ______

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.