# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **TODD R. FORBES,** | |
| *Plaintiff,* | Case No. 07-778C |
| v. | Senior Judge Smith |
| | Filed: January 2, 2008 |
| **THE UNITED STATES**, | |
| *Defendant.* | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

The Court hereby **GRANTS** Defendant's Motion for Enlargement of Time. Defendant's answer shall be filed and served on or before February 6, 2008.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge