IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TODD R. FORBES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-778C<br>(Judge Smith) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including March 7, 2008, within which to file a response to the complaint filed by plaintiff, Todd R. Forbes. Our response is currently due on February 6, 2008. Our first enlargement was for 45 days. Plaintiff's counsel does not oppose our second request for an enlargement of time for this purpose.

Although some of plaintiffs military and pay records have been gathered, additional time is necessary for the agency, the United States Navy, to collect the full administrative record in this case. In addition, we intend to request that the Defense Finance and Accounting Service (DFAS) conduct a formal review of Mr. Forbes's military pay claims, in order to prepare an appropriate response to the complaint. We seek additional time for this purpose.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which to respond to the complaint, by 30 days, to and including March 7, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit 8th Floor
Washington, DC 20530
Tel. (202) 307-0843
Fax. (202) 307-0972

February 4, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 4th day of February, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley