# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**TODD R. FORBES,**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-778C

Senior Judge Smith

Filed: February 5, 2008

**ORDER**

The Court hereby **GRANTS** Defendant's Motion for Enlargement of Time. Defendant's answer shall be filed and served on or before March 7, 2008.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge