IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TODD R. FORBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-778C |
| | ) | (Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 40-day enlargement of time, to and including April 17, 2008, within which to file a response to the complaint filed by plaintiff, Todd R. Forbes. Our response is currently due on March 8, 2008. Our first enlargement was for 45 days. Our second enlargement was for 30 days. Plaintiff's counsel does not oppose our third request for an enlargement of time for this purpose.

Counsel for the parties have entered into settlement discussions in this case. The enlargement of time now requested will allow counsel for both parties sufficient opportunity to discuss this matter with respective clients and to work out the terms of a settlement, should that occur. We respectfully request, therefore, that the Court grant our unopposed motion to enlarge the time within which to respond to the complaint, by 40 days, to and including April 17, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit 8th Floor
Washington, DC 20530
Tel. (202) 307-0843
Fax. (202) 307-0972

February 29, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 29th day of February, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley