IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TODD R. FORBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-778C |
| | ) | (Judge Smith) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO STAY PROCEEDINGS**

Defendant, United States, and plaintiff, Todd R. Forbes, respectfully request that the Court stay the proceedings in this case for sixty days, until June 16, 2008. Counsel for the parties are currently engaged in settlement discussions. Counsel of record for the United States has received a written offer of settlement from the plaintiff, which will be presented to the authorized representative of the Attorney General for consideration and decision. The proposed stay will allow counsel for both parties sufficient opportunity to discuss this matter with respective clients and to work out the terms of a settlement, should that occur. We respectfully request, therefore, that the Court grant our joint motion to stay proceedings until June 16, 2008. The parties propose to file a joint status report on June 16, 2008, regarding the status of settlement activities.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ John B. Wells
JOHN B. WELLS
Attorney at Law
Post Office Box 5235
Slidell, Louisiana 70469-5235
tel: (985) 641-1855
fax: (985) 649-1536

Attorney for Plaintiff

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorneys for Defendant

April 17, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 17th day of April, 2008, a copy of the foregoing "JOINT MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley