# In the United States Court of Federal Claims

| | |
|---|---|
| **TODD R. FORBES,** | |
| *Plaintiff,* | Case No. 07-778C |
| v. | Senior Judge Smith |
| | Filed: April 21, 2008 |
| **THE UNITED STATES**, | |
| *Defendant.* | |

## **ORDER**

The Court hereby **GRANTS** the Joint Motion to Stay Proceedings. The parties shall file a joint status report on June 16, 2008 regarding the status of settlement activities.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge