IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TODD R. FORBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-778C |
| | ) | (Judge Smith) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of April 21, 2008, the parties respectfully submit this joint status report.

The plaintiff's settlement offer has been accepted by the authorized Representative of the Attorney General. The parties are in the process of finalizing the settlement agreement. Upon execution of the settlement agreement, the parties will jointly move to dismiss the case with prejudice.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ John B. Wells
JOHN B. WELLS
Attorney at Law
Post Office Box 5235
Slidell, Louisiana 70469-5235
tel: (985) 641-1855
fax: (985) 649-1536

Attorney for Plaintiff

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorneys for Defendant

June 16, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 16th day of June, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley